CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**, <br><br> Plaintiff, <br><br> v. <br><br> **Joel Mauricio Jaco**; and Does 1-10, <br><br> Defendants. | Case No.: 2:18-cv-03269-MWF-JC <br><br> **PLAINTIFF'S WITNESS LIST** <br><br> Final Pretrial Conference: December 16, 2019 <br> Time: 11:00 a.m. <br><br> Complaint Filed: April 19, 2018 <br> Trial Date: January 7, 2020 <br><br> Honorable Judge Michael W. Fitzgerald |

    Pursuant to Local Rule 16-5 and F.R.Civ.P. 26(a)(3)(A), Plaintiff Daniel Lopez hereby submits his Witness List.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| PLAINTIFF'S WITNESSES ||
|---|---|
| **NAME** | **DATES OF TESTIMONY** |
| Daniel Lopez | |
| Corey Taylor | |

Dated: November 25, 2019          CENTER FOR DISABILITY ACCESS

                                                           By: /s/ Christopher A. Seabock

                                                         CHRISTOPHER A. SEABOCK
                                                         Attorneys for Plaintiff