CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**, | ) Case No.: 2:18-CV-03269-MWF-JC |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S EXHIBIT LIST** |
| **Joel Mauricio Jaco**; and Does 1-10, | ) Final Pretrial Conference: December 16, 2019 |
| Defendants. | ) Time: 11:00 a.m. |
| | ) Complaint Filed: April 19, 2018 |
| | ) Trial Date: January 7, 2020 |
| | ) Honorable Judge Michael W. Fitzgerald |

    Plaintiff Daniel Lopez hereby submits, pursuant to U.S.D.C. Central District L.R. 16-6, the below list of exhibits which may be produced at trial in the above-entitled action.

| NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Plaintiff's Complaint | | |
| 2 | Defendant's Answer | | |
| 3 | Photographs of the Angie's Liquor store, taken by Corey Taylor on March 29, 2018 | | |
| 4 | Photographs of the Angie's Liquor store, taken by Corey Taylor on August 7, 2019 | | |
| 5 | Copy of Google map screenshots of the parking at the Angie's Liquor store, provided by Mr. Taylor | | |
| 6 | Copy of receipt of Plaintiff's February 19, 2018 visit to the Mobil gas station | | |
| 7 | Copy of Lease Agreement between Consuelo T Felix and Erwin Dela Rocha, dated February 1, 2009 | | |
| 8 | Copy of photographs of the Angie's Liquor store, provided by Defendant | | |
| 9 | Plaintiff's Requests for Admission, Set One, propounded on Defendant Joel Mauricio Jaco on March 20, 2019, and associated Verified Responses | | |
| 10 | Plaintiff's Requests for Production, Set One, propounded on Defendant Joel Mauricio Jaco on March 20, 2019, and associated Verified Responses | | |
| 11 | Plaintiff's Interrogatories, Set One, propounded on Defendant Joel Mauricio Jaco on March 20, 2019, and associated Verified Responses | | |

| | | | | |
|---|---|---|---|---|
| 1 2 3 | 12 | Plaintiff's Requests for Admission, Set Two, propounded on Defendant Joel Mauricio Jaco on June 19, 2019, and associated Verified Responses | | |
| 4 5 6 7 | 13 | Plaintiff's Requests For Production, Set Two, propounded on Defendant Joel Mauricio Jaco on June 19, 2019, and associated Verified Responses | | |
| 8 9 10 | 14 | Plaintiff's Interrogatories, Set Two, propounded on Defendant Joel Mauricio Jaco on June 19, 2019, and associated Verified Responses | | |

Dated: November 25, 2019           CENTER FOR DISABILITY ACCESS


By: /s/ Christopher A. Seabock
CHRISTOPHER A. SEABOCK
Attorneys for Plaintiff