NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**, <br><br>             Plaintiff, <br><br> v. <br><br> **Joel Mauricio Jaco**; and Does 1-10, <br><br>             Defendants. | Case: No.: 2:18-cv-03269-MWF (JCx) <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING TRIAL** |

Upon stipulation of the Parties, a Court trial is scheduled for **December 16, 2020, at 9:00 a.m.**  The one-day trial will be held by video-teleconference (VTC).  The Court will issue further logistical instructions regarding the VTC.

IT IS SO ORDERED.

Dated:  September 22, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge