JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**, | **Case:** 2:18-CV-03269-MWF-JC |
| Plaintiff, | ORDER |
| v. | |
| **Joel Mauricio Jaco;** and Does 1-10, | |
| Defendants. | |

The Court has considered the parties' Stipulated Dismissal, filed February 25, 2021.  This matter is dismissed with prejudice. The court shall retain jurisdiction for the purpose of enforcing the settlement agreement of the parties.

IT IS SO ORDERED.

Dated:  February 26, 2021     _____
MICHAEL W. FITZGERALD
United States District Judge